AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
AUG - 8 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| Bryan Oscar Cooper | )
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA08-CV-738-PM |
| Juan Trevino | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in favor of Cooper on the jury's verdict in favor of plaintiff Cooper and against defendant Juan Trevino, awarding actual damages of $30.00 plus punitive damages of $3,500.00, and otherwise dismisses plaintiff Cooper's remaining claims against defendants (in accordance with rulings made prior to the return of the jury's verdict).

This action was *(check one)*:

☑ tried by a jury with Judge Pamela A. Mathy presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 08/08/2013

CLERK OF COURT

_____
Robert F. Flaig
*Signature of Clerk or Deputy Clerk*